IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 13-cv-02446-LTB

DENNY LOVERN,

    Plaintiff,

v.

BART DORSCHEID, Investigator, Eighteenth Judicial District Attorney's Office Investigator, and
KNIGHT, Chief Investigator, Eighteenth Judicial District Attorney's Office,

    Defendants.

---

**FINAL JUDGMENT**

---

    PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Lewis T. Babcock on February 7, 2014, and incorporated herein by reference as if fully set forth, it is

    ORDERED that the Motion to Dismiss filed by Defendants Bart Dorscheid and Michael Knight is GRANTED.  It is

    FURTHER ORDERED that Plaintiff Denny Lovern's 42 U.S.C. §1983 claim against Defendants is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim, based on the defense of qualified immunity.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendants, Bart Dorscheid and Knight and against Plaintiff, Denny Lovern.  It is

    FURTHER ORDERED that Defendants, Bart Dorscheid and Knight shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 58(a) and D.C.COLO.LCivR 54.1.

It is

FURTHER ORDERED that plaintiff's Complaint and this civil action are DISMISSED with prejudice.

DATED at Denver, Colorado this  10th  day of February, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler, Deputy Clerk